1   *E-filed on*    10/26/06

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| 12 IN RE CYGNUS TELECOMMUNICATIONS | No. MDL-1423 |
|---|---|

12   IN RE CYGNUS TELECOMMUNICATIONS          No. MDL-1423
     TECHNOLOGY, LLC, PATENT                  This Order Applies to All Actions
13   LITIGATION
     ——————————————————————————————               C-02-00142 RMW
14                                                 C-02-00145 RMW
     THIS ORDER RELATES TO:                        C-02-05437 RMW
15   All Actions                                   C-03-03594 RMW
                                                   C-03-03596 RMW
16                                                 C-03-03378 RMW
                                                   C-03-04003 RMW
17                                                 C-04-03001 RMW
                                                   C-04-03365 RMW
18                                                 C-04-04247 RMW
                                                   C-04-04359 RMW
19                                                 C-06-03843 RMW
                                                   C-06-04295 RMW
20                                                 C-06-06479 RMW

21                                             ORDER REGARDING SUBJECT-MATTER
                                               JURISDICTION
22

23        On October 24, 2006, defendants filed a notice of a potential defect in this court's subject-

24   matter jurisdiction and stated that they may move to dismiss on that ground. Any questions

25   regarding subject-matter jurisdiction should be resolved prior to the hearing on claim construction

26   and associated summary judgment motions currently set for November 20. To accommodate the

27   competing concerns of expediency and efficiency presented by this situation, the court would

28   strongly prefer defendants to file any motion to dismiss for lack of subject-matter jurisdiction—and

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH

Dockets.Justia.com

1  only if one is warranted—jointly by October 31, 2006.  If the defendants do file such a motion by

2  that date, plaintiff's reply shall be due November 4, defendants' joint reply shall be due November 6,

3  and a hearing shall be held on the motion on November 10, 2006.  Other deadlines previously set by

4  the court shall remain in effect absent further order of the court, except that if defendants move to

5  dismiss for lack of subject-matter jurisdiction by October 31, 2006, the reply briefs currently due

6  November 10, 2006 may be filed the following Monday, November 13.  If the defendants move to

7  dismiss for lack of subject-matter jurisdiction after October 31, 2006, the parties shall endeavor to

8  have the motion briefed and heard as soon as possible.

9

10

11  DATED:        10/26/06

                                                   RONALD M. WHYTE

12                                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
3 | John P. Sutton
Miami, FL 33130-2814
2421 Pierce Street
4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren
5 | **Counsel for Defendants:**
6171 Crooked Creek Road
Norcross, GA 30092
6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
Lori D. Greendorfer, Maxim H. Waldbaum
7 | 200 E. Las Olas Avenue
Schiff Hardin LLP
Suite 2040
623 Fifth Avenue
8 | Fort Lauderdale, FL 33301
28th Floor
New York, NY 10022

9 | John C. Carey
Rodriguez Greenberg & Paul
Thomas T. Tamlyn
10 | 1395 Brickell Ave, Suite 700
Yeskoo Hogan & Tamlyn, LLP
Miami, FL 33131
535 Fifth Avenue
11 | New York, NY 10017

Felice B. Galant, Gregory B. Wood
12 | Fulbright & Jaworski L.L.P.
Peter S. Canelias
865 South Figueroa Street
Law Offices of Peter S. Canelias
13 | Twenty-Ninth Floor
420 Lexington Avenue
Los Angeles, CA 90017
Suite 2148
14 | New York, NY 10170

Joseph P. Zammit
15 | Fulbright & Jaworski
David T. Alexander
666 Fifth Avenue
MBV Law LLP
16 | New York, NY 10103
855 Front Street
San Francisco, CA 94111

17 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC
Jon M. Gibbs
18 | 11800 Sunrise Valley Drive
Akerman, Senterfitt
Suite 1000
255 S. Orange Avenue
19 | Reston, VA 20191-5302
Suite 1700
Post Office Box 0231
20 | Richard B. Sheldon
Orlando, FL 32802-0231
Mitchell Silberberg & Knupp LLP
21 | 11377 West Olympic Boulevard
Elizabeth E. Green, R. Scott Shuker
Los Angeles, CA 90064-1683
Gronek & Latham, LLP
22 | 390 N. Orange Avenue
Suite 600
Jeffrey L. Silvestrini, Brian F. Roberts
Orlando, FL 32801
23 | Cohne Rappaport & Segal
P.O. Box 11008
24 | Salt Lake City, UT 84147-0008
Meredith L. Caliman
Meredith L. Caliman Law Offices
25 | Raymond J. Etcheverry
3858 Carson Street, Suite 120
Parsons, Behle & Latimer
Torrance, CA 90503-6705
26 | One Utah Center
201 South Main Street,
Gregory J. Nelson
27 | Suite 1800, Post Office Box 45898
Nelson & Roediger
Salt Lake City, UT 84145
3333 E Camelback Road, Suite 212
28 | Phoenix, AZ 85018

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                        3

1  Peter Neil Greenfeld                          **Courtesy Copy:**
   Greenfeld Law Group
2  3333 E Camelback Road, Suite 212              Clerk of the Panel
   Phoenix, AZ 85018-2324                        Judicial Panel on Multidistrict Litigation
3                                                Thurgood Marshall Federal Judiciary Building
   Matthew McGahren                              One Columbus Circle, N.E.
4  Baum, McGahren & Chiu, LLC                    Room G-255, North Lobby
   6171 Crooked Creek Road                       Washington, DC  20002-8004
5  Norcross, GA 30092

6

7  Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list
   receive a copy of this order, if necessary, and shall inform the court of any omissions.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                              4