1
2
3                                              **E-FILED on**    8/20/08
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              SAN JOSE DIVISION
9

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, | No. C-06-03843 RMW |
| Plaintiff, | ORDER TO SHOW CAUSE AS TO WHY CASES SHOULD NOT BE DISMISSED |
| v. | |
| AMERICAN INTERNATIONAL TELEPHONICS, LLC, et al., | |
| Defendants. | |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, | No. C-06-04295 RMW |
| Plaintiff, | |
| v. | |
| ONE WORLD COMMUNICATIONS, et al., | |
| Defendants. | |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, | No. C-06-06479 RMW |
| Plaintiff, | |
| v. | |
| MAJOSA COMMUNICATIONS CORP., et al., | |
| Defendant. | |

ORDER TO SHOW CAUSE AS TO WHY CASES SHOULD NOT BE DISMISSED—C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW

1    On August 19, 2008 the Federal Circuit issued its decision in *In Re Cygnus Telecommunications Technology, LLC, Patent Litigation,* Docket No. 07-1328. The Federal Circuit affirmed this court's grant of summary judgment holding the patents-in-suit in the above-captioned cases invalid. Therefore, the court issues this order to show cause as to why the above-captioned cases should not be dismissed. A hearing on the Order to Show Cause will be held on September 19, 2008 at 9:00 a.m. in Department 6 of this court. Any party objecting to the dismissal of any of the above-captioned cases must file in writing and serve on all parties by September 12, 2008 its brief explaining why the cases should not be dismissed. If no objection is filed by September 12, 2008, the hearing on the Order to Show Cause will be vacated and the cases dismissed.

DATED:     8/20/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton            johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack        acammack@crgplaw.com
John Carey             jcarey@crgplaw.com

**Notice of this document was sent to:**

**Counsel for Plaintiff:**
Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road
Suite 212
Phoenix , AZ 85018

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      8/20/08                          /s/ MAG
                                          **Chambers of Judge Whyte**