**E-FILED on** 09/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC, et al.,<br><br>  Defendants. | No. C-06-03843 RMW (MDL No. 1423)<br><br>JUDGMENTS OF DISMISSAL |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ONE WORLD COMMUNICATIONS, et al.,<br><br>  Defendants. | No. C-06-04295 RMW (MDL No. 1423) |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MAJOSA COMMUNICATIONS CORP., et al.,<br><br>  Defendant. | No. C-06-06479 RMW (MDL No. 1423) |

ORDER OF DISMISSAL
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW

1   On September 22, 2008 the court issued its order dismissing the above-captioned cases.
2   Therefore,
3   IT IS HEREBY ordered that judgment is entered in each of these cases in favor of defendants
4   and against plaintiff and plaintiff shall take nothing by way of its complaints. A copy of this judgment
5   shall be filed in each of the above cases.

6
7   DATED:       09/23/08                         /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
8                                                 United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW       2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton          johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack      acammack@crgplaw.com
John Carey           jcarey@crgplaw.com

**Notice of this document was sent to:**

**Counsel for Plaintiff:**
Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road
Suite 212
Phoenix , AZ 85018

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     09/23/08                          JAS
                                         **Chambers of Judge Whyte**